

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rabia Qutab,

Vs. No. 11-19-00208-CR

The State of Texas,

\* From the 35th District Court
of Brown County
Trial Court No. CR24975.

\* July 25, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has considered Rabia Qutab's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.